**Form 131**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Rebecca L Merritt**
Debtor(s)

Bankruptcy Case No.: 17−21214−GLT

Chapter: 7
Docket No.: 17 − 1

### CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **March 29, 2017** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **April 24, 2017** and failure to meet that deadline would result in the dismissal of the case.

As of **April 26, 2017,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

### ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: April 26, 2017

Gregory L. Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Rebecca L Merritt
    Debtor

Case No. 17-21214-GLT
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Apr 26, 2017
                    Form ID: 131    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
```
db             +Rebecca L Merritt,    458A Mower Drive,    Pittsburgh, PA 15239-1769
14390910       +AES,    PO Box 2461,    Harrisburg, PA 17105-2461
14390911       +Aes/pnc Bank,    Attn: Bankrupcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14390912       +Bank of America,    Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
14390913       +Charles B. Merritt,    504 Farneth Road,    New Kensington, PA 15068-9200
14390915       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14390918       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14392347       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14390923       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QRSHEARER.COM Apr 27 2017 00:58:00      Robert Shearer,    5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:11:11      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14390914       +EDI: CHASE.COM Apr 27 2017 00:58:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                 Wilmington, DE 19850-5298
14390916       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 27 2017 01:10:59      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14390917       +EDI: FORD.COM Apr 27 2017 00:58:00      Kia Motors Finance,    Po Box 20825,
                 Fountain Valley, CA 92728-0825
14390919       +EDI: RMSC.COM Apr 27 2017 00:58:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
14390920       +EDI: RMSC.COM Apr 27 2017 00:58:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
14390921       +EDI: RMSC.COM Apr 27 2017 00:58:00      Synchrony Bank/QVC,    Attn: Bankruptcy,    Po Box 956060,
                 Orlando, FL 32896-0001
14390922       +EDI: WTRRNBANK.COM Apr 27 2017 00:58:00      Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2017                                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
```
              Corey J. Sacca    on behalf of Debtor Rebecca L Merritt csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert  Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                             TOTAL: 5
```